IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | CASE Nos. 3:10-00074<br>3:12-00121<br>3:12-00224<br>Chief Judge Haynes |
| v. | ) ) | |
| JONATHON CODY BAXTER, | ) ) | |
| Defendant. | ) | |

## ORDER

The Clerk shall file the attached document under seal and mail copies to counsel of record.

It is so **ORDERED**.

ENTERED this the _19th_ day of February, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court